DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

MELINDA LEANN DUDLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-4164
_____

December 1, 2023

Appeal from the County Court for Sarasota County; Erika N. Quartermaine, Judge.

Howard L. Dimmig, II, Public Defender, and Andrea M. Norgard, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

　　Affirmed.

KELLY, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.
_____

Opinion subject to revision prior to official publication.